IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BOSTICK & ASSOC. BUSINESS AND LEGAL CONSULTING GROUP, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ACADEMY OF MOTION PICTURE ARTS AND SCIENCES, *et al.*, <br><br> Defendants. | Civil Action No.: SAG-22-2505 |

**ORDER**

The above-entitled Complaint was filed on September 30, 2022, by Plaintiff pro se Christina J. Bostick. ECF No. 1. Ms. Bostick names 125 different defendants and purports to file this lawsuit on behalf of her former law firm,[1] her minor son, Goody Two Shoes, Inc., Nunc Pro Tunc, Inc., Pretty Girls Rock Global, LLC, Pretty Girls Rock Investments, LLC as well as herself. Ms. Bostick did not pay the filing fee, nor did she file a Motion to Proceed in Forma Pauperis. Because the Complaint must be dismissed, she will not be required to correct the deficiency.

In the 114-page Complaint, Ms. Bostick espouses fantastical beliefs that appear to be the product of delusional or disordered thought processes. For example, she states that when she graduated from Georgetown Law School "she was loaded with electric technology and connected with remote systems where at lease 49,999 persons (per state) had daily access to her based on pay-per-view subscriptions." ECF No. 1 at 7. She claims that her life has been somehow accessed by producers of a reality show, that she has been made a part of without her consent, similar to that which was depicted in the movie the *Truman Show*. *Id.* at 8. It is Ms. Bostick's belief that

---

[1] In a proceeding initiated by the Attorney Grievance Commission Ms. Bostick's status as an attorney was designated as "disability inactive status" by the Supreme Court of Maryland on March 24, 2023. *See Attorney Grievance Comm's of Md. v. Bostick*, Case No. C-13-CV-22-001007 (Cir. Ct. Howard Co., Md. 2022).

there is "a constant, persistent attempt to control" her life "with the intent to reduce her to a point of total failure such that the audience can laugh, cry, be in awe, or tremble with anxiety as she daily attempts to overcome the unauthorized virtual network access into her head." *Id*. at 9. She also believes that "there are public announcements secretly playing on a county-wide speaker system which can be heard by any person with a subscription but which she is prevented from hearing herself." *Id*.

"[A]llegations that are fanciful, fantastic, and delusional" amount to factually frivolous claims. *Denton v. Hernandez,* 504 U.S. 25, 32–33 (1992). "As those words suggest, a finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them." *Id*. (internal citations and quotation marks omitted). To determine if a claim is frivolous, this Court may "apply common sense." *Nasim v. Warden, Md. House of Correction,* 64 F.3d 951, 954 (4th Cir. 1995) (en banc). It is beyond question that Ms. Bostick's complaint falls within this category of pleadings as it is replete with irrational assertions that, objectively viewed, simply have no basis in reality.

Accordingly, it is this 16th day of May, 2023, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED;
2. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff Christine J. Bostick; and
3. The Clerk SHALL CLOSE this case.

                                                                 /s/
                                            Stephanie A. Gallagher
                                            United States District Judge